# THE MARGOLIN & WEINREB LAW GROUP, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.
CYNTHIA A. NIERER, ESQ.

(516) 921-3838
FAX (516) 921-3824
(516) 945-6055
www.nyfclaw.com

July 7, 2017

**VIA ECF ONLY**
United States District Court
Southern District of New York
Honorable George B. Daniels
500 Pearl Street
New York, New York 10007

      RE:      Ligushka LLC v. Sherian McCarthy Rogers, *et al.*
      Action No.:   1:16-cv-09256

Dear Honorable George B. Daniels,

We represent the Plaintiff on the above-entitled matter. There is a scheduled conference scheduled for July 11, 2017 at 9:45 a.m. I will not be in New York on that date and I respectfully request that the matter be scheduled for the following week on July 18, 2015 at 9:45 a.m. or a date thereafter convenient for the Court. I have spoken with opposing counsel and he has consented to the adjournment.

      Respectfully,

      THE MARGOLIN & WEINREB LAW GROUP, LLP
      *Attorneys for Plaintiff*

      /s/ Alan Smikun
      Alan Smikun, Esq.

cc:   *Via ECF and Electronic Mail only*
     Romeo Salta
     romeosalta@me.com